UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE HOLLOWAY,

    Plaintiff,

v.

GFS TRANSPORT LLC, et al.,

    Defendants.
_____/

Case No. 1:23-cv-1304

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Opinion and Order (ECF No. 152) and the Stipulation of Dismissal of Defendants John/Jane/XYZ Does 1-10 (ECF No. 154):

**IT IS HEREBY ORDERED** that Judgment is entered

Dated:  October 15, 2025

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge